In the Matter of the Probate of the Last Will and Testament of VICTOR TOCK,

Deceased.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.